UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
RECEIVED
FLORENCE, SC

Larry W. Haynes, )
) Civil Action No. 4:04-22820-SB
Plaintiff, )
) **ORDER**
-vs- )
)
Jo Anne B. Barnhart, Commissioner )
of Social Security, )
)
Defendant. )

This matter is before the Court on the Plaintiff's action for judicial review, under 42 U.S.C. § 405(g), of a final decision of the Commissioner of Social Security, which denied the Plaintiff's claim for Supplemental Security Income. By local rule, this action was referred to United States Magistrate Judge Thomas E. Rogers, III, for initial review.

After the parties filed their briefs, the Magistrate Judge issued a report, entered on February 14, 2006, thoroughly analyzing the issues and recommending that the Commissioner's decision be affirmed. Attached to the report was a notice advising the parties that they had ten days in which to file specific, written objections. To date, no such objections have been filed.



Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a magistrate judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, since objections were not filed, there are no portions of the report and recommendation to which a de novo

review must be conducted. Accordingly, the Magistrate Judge's report and recommendation is hereby adopted as the order of this Court, and it is

ORDERED that the Commissioner's decision is affirmed; and this action is ended.

**IT IS SO ORDERED**.

Sol Blatt, Jr.
Senior United States District Judge

March 29, 2006
Charleston, S.C.